OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed, with costs, for the reasons stated in the memorandum opinion of that court (77 AD2d 794). We note that claimant’s application for permission to file a late claim stating a cause of action for trespass arising out of the same transactions was denied. The issues presented on that application were not before the Appellate Division and are not now before us, and appellant now presses only a claim grounded in the theory of
 
 de facto
 
 appropriation. Accordingly, we do not reach the trespass issues.
 

 Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Meyer concur.
 

 Order affirmed, with costs, in a memorandum.